# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY KANG, deceased, by and through is Co-Successors in Interest, KATIE YOUNG and JOHN KANG,<br><br>Plaintiffs,<br><br>v.<br><br>CUSTER, et al.,<br><br>Defendants. | Case No. 1:23-cv-01519-KES-CDB<br><br>ORDER DENYING REQUEST TO EXCUSE PERSONAL ATTENDANCE BY CDCR REPRESENTATIVE<br><br>(ECF No. 47) |

On June 5, 2025, Defendants filed a request to excuse CDCR's Party Representative, Office of Legal Affairs Staff Counsel Eric Duesdieker, from personal appearance at the June 17, 2025 settlement conference in this matter. (ECF No. 47.) Due to the nature of the case, the Court finds personal appearance by CDCR's representative at the settlement conference necessary and beneficial.

Accordingly, Defendant's request to excuse CRCR's Party Representative's personal appearance on June 17, 2025 (ECF No. 47) is DENIED.

IT IS SO ORDERED.

Dated: **June 9, 2025**

　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge