# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATE YOUNG, *as co-successor in interest to Sidney Kang, deceased*, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CUSTER, et al.,<br><br>Defendants. | Case No. 1:23-cv-01519-KES-CDB<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>**THIRTY-DAY DEADLINE** |

The Court conducted an in-person settlement conference in this action before the undersigned on June 17, 2025, at which the parties reached a settlement agreement. Therefore, the Court will vacate all dates and order the parties to file dispositive documents within thirty (30) days.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositional documents within **thirty (30) days** of entry of this order. Any request for an extension for filing dispositional documents must be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: __**June 17, 2025**__

STANLEY A. BOONE
United States Magistrate Judge

2