| | |
|---|---|
| 1 | ROB BONTA, State Bar No. 202668 |
| | Attorney General of California |
| 2 | R. LAWRENCE BRAGG, State Bar No. 119194 |
| | Supervising Deputy Attorney General |
| 3 | ANDREA R. SLOAN, State Bar No. 265421 |
| | Deputy Attorney General |
| 4 |   1300 I Street, Suite 125 |
| | P.O. Box 944255 |
| 5 |   Sacramento, CA  94244-2550 |
| | Telephone:  (916) 210-7362 |
| 6 |   Facsimile:  (916) 324-5205 |
| | E-mail: Andrea.Sloan@doj.ca.gov |
| 7 | *Attorneys for Defendants C. Pfeiffer and J. Custer* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **SIDNEY KANG, deceased, by and through his Co-Successors in Interest, KATIE YOUNG and JOHN KANG**, | Case No. 1:23-CV-01519-KES-CDB |
| Plaintiffs, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
| **CUSTER, et al.**, | |
| Defendants. | |

Plaintiffs Sidney Kang, deceased, by and through his co-successors in interest, Katie Young and John Kang and Defendants C. Pfeiffer and J. Custer, have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

1

1 | Each party shall bear its own litigation costs and attorney's fees.

2 | It is so stipulated.

3

4 | Dated: 6/27/2025

/s/ *Do Kim*
DO KIM
(*AS AUTHORIZED ON 06/27/2025*)
Law Offices of Do Kim, APLC
*Attorneys for Plaintiffs*

8 | Dated: 6/27/2025

/s/ *Andrea R. Sloan*
ANDREA R. SLOAN
Deputy Attorney General
California Attorney General's Office
*Attorneys for Defendants C. Pfeiffer and J. Custer*

SA2024300063
39097619.docx

2

# CERTIFICATE OF SERVICE

Case Name:  **Sidney Kang v. Custer, et al.**           No.   **1:23-CV-01519-KES-CDB**

I hereby certify that on <u>June 27, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>June 27, 2025</u>, at Sacramento, California.

|  |  |
|---|---|
| F. Saunders | */s/ F. Saunders* |
| Declarant | Signature |

SA2024300063
39127902.docx